IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHEN ROBERT DIGIOVANNI, | § § § | No. 651, 2015 |
| Plaintiff Below, Appellant, | § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | C.A. No. N15-07-036 |
| DENNIS DESILET, | § § | |
| Defendant Below, Appellee. | § § § | |

Submitted: January 20, 2016
Decided: January 21, 2016

## **ORDER**

This 21st day of January 2016, it appears to the Court that, on January 4, 2016, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the Superior Court record preparation fee and the Supreme Court filing fee. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice